CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 12 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ADIB EDDIE RAMEZ MAKDESSI, | ) | CASE NO. 7:13CV00079 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| HAROLD CLARKE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's recent submission (ECF No. 49) is **CONSTRUED** as a motion for interlocutory injunctive relief, which is **DENIED** in this case; but the clerk is **DIRECTED** to file a copy of this motion in a new and separate civil action under 42 U.S.C. § 1983 against unnamed defendants, and the court will address plaintiff's motion in that new case by separate order.

**ENTER:** This 12th day of November, 2013.

_____
Chief United States District Judge