CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 02 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ADIB EDDIE RAMAZ MAKDESSI, | ) | CASE NO. 7:13CV00079 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| AYERS, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that after de novo review of the evidence and a de novo determination of those portions of the report or specified proposed findings or recommendations to which plaintiff has made specific objection, pursuant to 28 U.S.C. § 636(b)(1), plaintiff's objections are **OVERRULED**, and the report and recommendation (ECF No. 122) is **ADOPTED** in its entirety; and based on the report and the additional findings and conclusions of the court in response to plaintiff's objections, **JUDGMENT** is entered for Defendants Ayers, Pope, Johnson, and Kelly, and this action is stricken from the active docket of the court.

ENTER: This 2d day of July, 2015.

/s/ Glen Conrad
Chief United States District Judge